■ CHRISTINE M. RUDEN, Respondent, v WARREN L. RUDEN, Appellant. —In a matrimonial action in which plaintiff was awarded a judgment of divorce, defendant appeals from so much of the said judgment of the Supreme Court, Suffolk County, entered April 6, 1976, as awarded alimony and a counsel fee. Judgment modified, on the law and the facts, by reducing (1) the award of alimony to the amount of $50 per week and (2) the award of a counsel fee to the amount of $3,500. As so modified, judgment affirmed insofar as appealed from, without costs or disbursements. In this marriage of only three and one-half years' duration, and considering all other relevant factors, the alimony award of $100 per week was excessive. On the question of counsel fees, the amount awarded has been reduced by $500, representing the retainer fee paid by plaintiff to her attorney. Whereas plaintiff's payment of a retainer fee does not preclude reimbursement (see *Press v Press,* 49 AD2d 603), in the case at bar, plaintiff, after the separation, appropriated funds belonging to defendant. Hopkins, Acting P. J., Martuscello, Cohalan, Margett and Shapiro, JJ., concur.

■ JAMES E. SILKIE et al., Respondents, v ROY J. BARBARINO et al., Respondents, and CONSOLIDATED EDISON, Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant Consolidated Edison appeals from an order of the Supreme Court, Queens County, dated February 24, 1976, which denied its motion for summary judgment. Order modified by adding thereto a provision that the denial of the appellant's motion is without prejudice to its renewal after the completion of discovery proceedings. As so modified, order affirmed, without costs or disbursements. While we believe, under the circumstances presented here, that Special Term's denial of the appellant's motion for summary judgment was not improper at this stage of the action, we also believe that the appellant should have the opportunity to renew its motion after the completion of discovery proceedings. Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.